UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LANDMAN DEVELOPMENT CONSULTANT SERVICES, LLC, *et al.*,<br><br>Defendants. | Cause No. C22-1006RSL<br><br>ORDER STAYING CASE AS TO DEFENDANT LANDMAN DEVELOPMENT CONSULTANT SERVICES, LLC |

This matter comes before the Court on plaintiffs' "Notice of Pending Bankruptcy Proceeding." Dkt. # 9. Defendant Landman Development Consultant Services, LLC, has apparently filed a Chapter 7 voluntary petition for protection under the Bankruptcy Code. The above-captioned litigation is therefore STAYED as to Landman Development Consultant Services, LLC.

Dated this 16th day of August, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER - 1