UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LANDMAN DEVELOPMENT CONSULTANT SERVICES, LLC., et al., <br><br> Defendants. | NO. C22-1006RSL <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD |

This Court having stayed the above-entitled action pending defendant Landman Development Consultant Services, LLC., bankruptcy proceeding,

It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court. The parties shall within 14 days of the completion of the bankruptcy proceeding, file a joint status report with the Court.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 3rd day of October, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER REMOVING CASE FROM ACTIVE CASELOAD